**Motion Granted and Order filed August 7, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00726-CV
_____

**LAURA MARCIA JONES, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR FOR THE ESTATE OF BYFORD ATHAL JONES, DECEASED, Appellant**

**V.**

**AQUINAS OIL & GAS, L.L.C., Appellee**

---

**On Appeal from the Probate Court No 4
Harris County, Texas
Trial Court Cause No. 422,684-401**

---

## ORDER

The court abated this appeal on May 22, 2018 to allow the parties to engage in settlement discussions. On July 23, 2018, the parties filed a joint motion to extend the abatement period to allow continued settlement negotiations. The motion is granted. Accordingly, we issue the following order.

The appeal remains abated, treated as a closed case, and removed from this

court's active docket until **September 6, 2018**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Justices Jamison, Wise, and Jewell.